UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| SHEILA R. GUIDROZ | CIVIL ACTION NO. 13-0463 |
| VERSUS | JUDGE DOHERTY |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

### MEMORANDUM RULING AND ORDER

Before the Court is the Report and Recommendation of the magistrate judge [Doc. 14], as well as the Supplemental Report and Recommendation of the magistrate judge [Doc. 18]. In his original Report, the magistrate judge recommended the Commissioner's decision in this social security matter, denying benefits, be affirmed and the case dismissed. Claimant Sheila R. Guidroz filed an objection to the magistrate judge's original Report, arguing the decision of the ALJ is not supported by the evidence in the record. While this Court rejected most of the "objections" of the claimant, concluding her objections were merely the same generalized arguments presented to the magistrate judge in her original briefing, there was one particular argument presented by the claimant that the Court believed bore scrutiny, namely, the issue of the effect of the claimant's medications on her ability to work. The matter was REMANDED to the magistrate judge for further consideration and clarification as to that discrete issue.

In his Supplemental Report, the magistrate judge sets forth the applicable standard to be employed in the circumstances presented by this case, as well as his analysis of the issue in light of the evidence presented in the record, concluding the ALJ's finding of non-disability is supported by substantial evidence in the record. In response, the claimant has filed, yet again, generalized

Objections [Doc. 19] that do not focus specifically on the issue of her medications and their effect on her ability to work – the discrete issue that was remanded to the magistrate judge – or address the specific findings of the magistrate judge in his Supplemental Report.

After an independent review of the record, and considering the Objections filed by the claimant, this Court concludes the magistrate judge's original Report, as supplemented by the Supplemental Report and Recommendation issued on July 8, 2014, is correct and adopts the findings and conclusions contained in both as its own.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that the decision of the Commissioner of Social Security is AFFIRMED and this matter is DISMISSED WITH PREJUDICE, consistent with the Report and Recommendation [Doc. 14] and the Supplemental Report and Recommendation [Doc. 18] of the magistrate judge.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 29 day of July, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE