UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| SHEILA R. GUIDROZ | CIVIL ACTION NO. 13-0463 |
| VERSUS | JUDGE DOHERTY |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

After an independent review of the record, and considering the Objections filed by the claimant, this Court concludes the magistrate judge's report and recommendation, as supplemented by the Supplemental Report and Recommendation issued on July 8, 2014, is correct and adopts the findings and conclusions contained in both the Report and the Supplemental Report as its own.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that the decision of the Commissioner of Social Security is AFFIRMED and this matter is DISMISSED WITH PREJUDICE, consistent with the Report and Recommendation [Doc. 14] and the Supplemental Report and Recommendation [Doc. 18] of the magistrate judge.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 29 day of July, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE